UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX LIGHT SF LIMITED, in its own right and in the right of BLUE HERON FUNDING II, LTD., BLUE HERON FUNDING V, LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC, SILVER ELMS CDO II LIMITED, C-BASS CBO XIV LTD., and C-BASS CBO XVII LTD.; and each of BLUE HERON FUNDING II, LTD., BLUE HERON FUNDING V, LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC, and SILVER ELMS CDO II LIMITED, in their own right, <br><br>    Plaintiffs, <br><br>  v. <br><br>HSBC BANK USA, NATIONAL ASSOCIATION, <br>    Defendant. | Civil Action No. 1:14-CV-10101-SAS <br><br> NOTICE OF APPEARANCE |

  George A. Borden of the law firm Williams & Connolly LLP hereby enters his appearance as counsel for defendant HSBC Bank USA, National Association.

Dated:  January 23, 2015    Respectfully submitted,

              By: /s/  George A. Borden
                George A. Borden
                WILLIAMS & CONNOLLY LLP
                725 Twelfth Street, N.W.
                Washington, DC 20005
                Telephone: (202) 434-5000
                Facsimile: (202) 434-5029
                E-Mail:  gborden@wc.com

              *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2015, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

/s/  George A. Borden
George A. Borden