UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX LIGHT SF LIMITED, in its own right and in the right of BLUE HERON FUNDING II, LTD., BLUE HERON FUNDING V, LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC, SILVER ELMS CDO II LIMITED, C-BASS CBO XIV LTD., and C-BASS CBO XVII LTD.; and each of BLUE HERON FUNDING II, LTD., BLUE HERON FUNDING V, LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC, and SILVER ELMS CDO II LIMITED, in their own right, <br><br>  Plaintiffs, <br><br> v. <br><br> HSBC BANK USA, NATIONAL ASSOCIATION, <br>  Defendant. | Civil Action No. 1:14-CV-10101-SAS <br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant HSBC Bank USA, National Association states that Defendant HSBC Bank USA, National Association is a wholly-owned subsidiary of HSBC USA, Inc., which is an indirect wholly-owned subsidiary of HSBC North America Holdings, Inc. HSBC North America Holdings, Inc. is an indirect wholly-owned subsidiary of HSBC Holdings plc, a United Kingdom corporation. The shares of HSBC Holdings plc are traded on foreign stock exchanges and over the counter in the United States as sponsored American depository receipts.

Dated: January 23, 2015                    Respectfully submitted,

                                           By:    /s/  George A. Borden
                                                  George A. Borden
                                                  WILLIAMS & CONNOLLY LLP
                                                  725 Twelfth Street, N.W.
                                                  Washington, DC 20005
                                                  Telephone: (202) 434-5000
                                                  Facsimile: (202) 434-5029
                                                  E-Mail:  gborden@wc.com


                                           *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2015, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

/s/  George A. Borden
George A. Borden