```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-13-15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHOENIX LIGHT SF LIMITED, in its own right and in the right of BLUE HERON FUNDING II, LTD., BLUE HERON FUNDING V, LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC, SILVER ELMS CDO II LIMITED, C-BASS CBO XIV LTD., and C-BASS CBO XVII LTD.; and each of BLUE HERON FUNDING II, LTD., BLUE HERON FUNDING V, LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC, and SILVER ELMS CDO II LIMITED, in their own right,

                        Plaintiffs,

v.

HSBC BANK USA, NATIONAL ASSOCIATION,

                        Defendant.

Civ. Action No. 14-CV-10101-SAS

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

    The motion of Vidya A. Mirmira for admission to practice Pro Hac Vice in the above captioned action is **GRANTED**.

    Applicant has declared that she is a member in good standing of the bars of Illinois and the District of Columbia and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Vidya A. Mirmira |
| Firm Name: | Williams & Connolly LLP |
| Address: | 725 Twelfth Street, N.W. |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone/Fax: | (202) 434-5000 / (202) 434-5029 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant HSBC Bank USA, N.A. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: Feb. 13, 2015

Honorable Shira A. Scheindlin
United States District Judge