UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOENIX LIGHT SF LIMITED, in its own right and in the right of BLUE HERON FUNDING II, LTD., BLUE HERON FUNDING V, LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC, SILVER ELMS CDO II LIMITED, C-BASS CBO XIV LTD., and C-BASS CBO XVII LTD.; and each of BLUE HERON FUNDING II, LTD., BLUE HERON FUNDING V, LTD., KLEROS PREFERRED FUNDING V PLC, SILVER ELMS CDO PLC, and SILVER ELMS CDO II LIMITED, in their own right,<br><br>            Plaintiffs,<br><br>    v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION,<br>            Defendant. | Civil Action No. 14-CV-10101-SAS<br><br>NOTICE OF APPEARANCE |

Andrew W. Rudge of the law firm Williams & Connolly LLP hereby enters his appearance as counsel for defendant HSBC Bank USA, National Association.

Dated:  February 17, 2015

Respectfully submitted,

By:  /s/  Andrew W. Rudge
Andrew W. Rudge (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-Mail:  arudge@wc.com

*Counsel for HSBC Bank USA, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2015, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

/s/  Andrew W. Rudge
Andrew W. Rudge