# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • LOUISIANA • ILLINOIS

TIMOTHY A. DELANGE
timothyd@blbglaw.com
(858) 720-3186

February 24, 2015

**VIA ECF AND HAND DELIVERY**

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

    Re:    *BlackRock Balanced Capital Portfolio (FI), et al. v. HSBC Bank USA, National Association, et al.*, Case No. 14-cv-9366-SAS

           *Royal Park Investments SA/NV v. HSBC Bank USA, National Association*, Case No. 14-cv-8175-SAS

           *Phoenix Light SF Limited, et al., v. HSBC Bank USA, N.A.*, Case No. 14-cv-10101-SAS

Dear Judge Scheindlin:

    We represent Plaintiffs in the action entitled *BlackRock Balanced Capital Portfolio (FI), et al. v. HSBC Bank USA, National Association, et al.*, Case No. 14-cv-9366-SAS.  We write on behalf of all Plaintiffs in the above-referenced actions, which are pending before Your Honor.

    As of yesterday, February 23, 2015, briefing on Defendant's motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b) is complete.  In accordance with Rule IV.F. of Your Honor's Individual Rules and Practices, Plaintiffs respectfully request oral argument on Defendant's motions.  Counsel for all Plaintiffs have conferred and are available for oral argument on March 4-6, March 11-13, or at the Court's convenience.




12481 HIGH BLUFF DRIVE • SUITE 300 • SAN DIEGO • CA 92130-3582
TELEPHONE: 858-793-0070 • www.blbglaw.com • FACSIMILE: 858-793-0323

Honorable Shira A. Scheindlin
February 24, 2015
Page 2

Thank you for your consideration of this request.

                                      Respectfully submitted,

                                      Timothy A. DeLange

cc:   Counsel for all parties in the BlackRock, Royal Park and Phoenix Light Actions (by email)