UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x

PHOENIX LIGHT SF LIMITED, in its own right and in
the right of BLUE HERON FUNDING II, LTD., BLUE
HERON FUNDING V, LTD., KLEROS PREFERRED
FUNDING V PLC, SILVER ELMS CDO PLC,
SILVER ELMS CDO II LIMITED, C-BASS CBO XIV
LTD., and C-BASS CBO XVII LTD.; and each of
BLUE HERON FUNDING II, LTD., BLUE HERON
FUNDING V, LTD., KLEROS PREFERRED
FUNDING V PLC, SILVER ELMS CDO PLC, and
SILVER ELMS CDO II LIMITED, in their own right,

                        Plaintiffs,

    -against-

HSBC BANK USA, NATIONAL ASSOCIATION

                        Defendant.

Index No. 14-cv-10101

--------------------------------------------------------------- x

## NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

Please enter my appearance in the above-captioned case as an additional attorney of record for Plaintiffs. I kindly request receipt of electronic ECF notifications in this matter.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
        February 26, 2015

Respectfully submitted,

By:   */s/ Danielle A. D'Aquila*
       Danielle A. D'Aquila
       WOLLMUTH MAHER & DEUTSCH LLP
       500 Fifth Ave
       New York, New York 10110
       Phone: (212) 382-0050
       Fax: (212) 382-0050
       ddaquila@wmd-law.com

       *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I, Danielle A. D'Aquila, certify that on February 26, 2015, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court and served on all counsel of record by electronic delivery via the ECF system.

                                          */s/ Danielle A. D'Aquila*