EXHIBIT B

| | CDO Issuer | Deal Name | CUSIP | Tranche | Securitization Closing Date | Original Face Value | CDO Closing Date | Acquisition Date | Means of Acquisition | Additional Assignments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | C-BASS CBO XVII Ltd. | ACE 2005-AG1 | 004427CJ7 | B1 | 10/28/2005 | $ 2,434,000 | 10/17/2006 | 10/17/2006 | Asset Purchase Agreement with WestLB | |
| 2 | Phoenix Light SF Limited | ACE 2006-ASP1 | 004421VY6 | M2 | 1/30/2006 | $ 8,028,000 | 3/31/2008 | 3/12/2009 | Asset Purchase Agreement with Kestrel | From Kestrel dated 12/20/2012 |
| 3 | Silver Elms CDO II Limited | ACE 2006-ASP2 | 004421XG3 | M1 | 3/30/2006 | $ 3,000,000 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 4 | Phoenix Light SF Limited | ACE 2006-ASP2 | 004421XG3 | M1 | 3/30/2006 | $ 6,000,000 | 3/31/2008 | 11/6/2009 | Asset Purchase Agreement with Harrier | From Harrier dated 2/13/2012 |
| 5 | Silver Elms CDO II Limited | ACE 2006-ASP2 | 004421XK4 | M4 | 3/30/2006 | $ 1,000,000 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 3/7/2012 |
| 6 | Silver Elms CDO II Limited | ACE 2006-ASP2 | 004421XM0 | M6 | 3/30/2006 | $ 1,500,000 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 3/7/2012 |
| 7 | Kleros Preferred Funding V PLC | ACE 2006-ASP5 | 004422AM3 | M6 | 9/28/2006 | $ 8,532,000 | 1/10/2007 | 1/10/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 8 | Blue Heron Funding V Ltd. | ACE 2006-HE1 | 004421WS8 | M2 | 2/28/2006 | $ 20,000,000 | 2/26/2003 | 2/14/2006 | Market Purchase | |
| 9 | Silver Elms CDO PLC | ACE 2006-HE1 | 004421WT6 | M3 | 2/28/2006 | $ 7,000,000 | 12/22/2006 | 12/26/2006 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 10 | Silver Elms CDO PLC | ACE 2006-HE1 | 004421WW9 | M6 | 2/28/2006 | $ 3,000,000 | 12/22/2006 | 12/26/2006 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 11 | Kleros Preferred Funding V PLC | ACE 2006-HE4 | 00442BAJ0 | M4 | 9/28/2006 | $ 4,750,000 | 1/10/2007 | 1/10/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 12 | Kleros Preferred Funding V PLC | ACE 2006-HE4 | 00442BAK7 | M5 | 9/28/2006 | $ 5,000,000 | 1/10/2007 | 1/10/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |

EXHIBIT B

| | CDO Issuer | Deal Name | CUSIP | Tranche | Securitization Closing Date | Original Face Value | CDO Closing Date | Acquisition Date | Means of Acquisition | Additional Assignments |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | Phoenix Light SF Limited | ACE 2007-ASL1 | 00443MAB2 | A2 | 2/15/2007 | $ 16,500,000 | 3/31/2008 | 3/12/2009 | Asset Purchase Agreement with Kestrel | From Kestrel dated 12/14/2012 |
| 14 | Kleros Preferred Funding V PLC | ACE 2007-HE1 | 00443LAE8 | A2D | 1/30/2007 | $ 6,051,000 | 1/10/2007 | 1/26/2007 | Market Purchase | |
| 15 | Silver Elms CDO II Limited | DBALT 2006-AB4 | 251513AF4 | M6 | 9/29/2006 | $ 5,594,000 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 3/7/2012 |
| 16 | Silver Elms CDO II Limited | DBALT 2006-AB4 | 251513AG2 | M7 | 9/29/2006 | $ 5,594,000 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 3/7/2012 |
| 17 | Silver Elms CDO II Limited | DBALT 2006-AF1 | 251510NC3 | A4 | 3/30/2006 | $ 8,000,000 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 18 | Silver Elms CDO II Limited | DBALT 2006-AF1 | 251510NG4 | M3 | 3/30/2006 | $ 2,000,000 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 19 | Phoenix Light SF Limited | DBALT 2006-AR3 | 25151AAH4 | A7 | 7/31/2006 | $ 25,000,000 | 3/31/2008 | 3/31/2008 | Asset Purchase Agreement with WestLB | From WestLB dated 3/20/203 |
| 20 | Phoenix Light SF Limited | DBALT 2006-AR3 | 25151AAH4 | A7 | 7/31/2006 | $ 5,000,000 | 3/31/2008 | 3/31/2008 | Asset Purchase Agreement with WestLB | |
| 21 | Silver Elms CDO II Limited | DBALT 2006-AR6 | 25150RAP0 | M6 | 12/15/2006 | $ 2,058,000 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 22 | Silver Elms CDO II Limited | DBALT 2007-AR1 | 25151RAM6 | M4 | 1/31/207 | $ 1,035,000 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 4/20/2014 |
| 23 | Silver Elms CDO II Limited | DBALT 2007-AR1 | 25151RAN4 | M5 | 1/31/207 | $ 1,194,000 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 24 | Silver Elms CDO II Limited | DBALT 2007-AR1 | 25151RAP9 | M6 | 1/31/207 | $ 1,194,000 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |

| | CDO Issuer | Deal Name | CUSIP | Tranche | Securitization Closing Date | Original Face Value | CDO Closing Date | Acquisition Date | Means of Acquisition | Additional Assignments |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | Silver Elms CDO II Limited | DMSI 2006-PR1 | 25157GDA7 | B3 | 12/19/2006* | $ 7,970,500 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 26 | Silver Elms CDO II Limited | DMSI 2006-PR1 | 25157GCY6 | B2 | 12/19/2006* | $ 7,970,500 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 27 | Phoenix Light SF Limited | FBRSI 2005-2 | 30246QAH6 | M2 | 9/28/2005 | $ 5,000,000 | 3/31/2008 | 3/31/2008 | Asset Purchase Agreement with WestLB | |
| 28 | Phoenix Light SF Limited | FBRSI 2005-2 | 30246QAK9 | M4 | 9/28/2005 | $ 2,295,000 | 3/31/2008 | 3/31/2008 | Asset Purchase Agreement with WestLB | |
| 29 | Blue Heron Funding V Ltd. | FBRSI 2005-2 | 30246QAH6 | M2 | 9/28/2005 | $ 5,000,000 | 2/26/2003 | 10/20/2005 | Market Purchase | |
| 30 | Phoenix Light SF Limited | FBRSI 2005-2 | 30246QAF0 | AV3A | 9/28/2005 | $ 25,000,000 | 3/31/2008 | 3/12/2009 | Asset Purchase Agreement with Kestrel | From Kestrel dated 12/20/2012 and from WestLB dated 2/13/2012 |
| 31 | Phoenix Light SF Limited | FBRSI 2005-4 | 30246QBW2 | M2 | 12/8/2005 | $ 16,844,000 | 3/31/2008 | 9/8/2009 | Asset Purchase Agreement with Harrier | From Harrier dated 2/13/2012 |
| 32 | Blue Heron Funding II Ltd. | FBRSI 2005-4 | 30246QBZ5 | M5 | 12/8/2005 | $ 3,500,000 | 12/22/2005 | 11/15/2005 | Market Purchase | |
| 33 | Phoenix Light SF Limited | FBRSI 2005-4 | 30246QBV4 | M1 | 12/8/2005 | $ 35,327,000 | 3/31/2008 | 9/8/2009 | Asset Purchase Agreement with Harrier | From Harrier dated 2/13/2012 |
| 34 | Silver Elms CDO II Limited | FHLT 2006-B | 35729QAH1 | M3 | 8/3/2006 | $ 5,000,000 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 35 | Silver Elms CDO II Limited | FHLT 2006-B | 35729QAL2 | M6 | 8/3/2006 | $ 6,054,000 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 36 | Kleros Preferred Funding V PLC | FHLT 2006-C | 35729TAK8 | M5 | 9/7/2006 | $ 6,000,000 | 1/10/2010 | 1/10/2010 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |

**EXHIBIT B**

| | CDO Issuer | Deal Name | CUSIP | Tranche | Securitization Closing Date | Original Face Value | CDO Closing Date | Acquisition Date | Means of Acquisition | Additional Assignments |
|---|---|---|---|---|---|---|---|---|---|---|
| 37 | Kleros Preferred Funding V PLC | FHLT 2006-C | 35729TAJ1 | M4 | 9/7/200 | $ 5,000,000 | 1/10/2010 | 1/10/2010 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 38 | Phoenix Light SF Limited | FHLT 2006-C | 35729TAE2 | 2A3 | 9/7/200 | $ 15,000,000 | 3/31/2008 | 3/31/2008 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 39 | Silver Elms CDO II Limited | FHLT 2006-D | 35729VAK3 | M5 | 11/3/2006 | $ 6,000,000 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 40 | Silver Elms CDO II Limited | FHLT 2006-D | 35729VAL1 | M6 | 11/3/2006 | $ 4,000,000 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 41 | Phoenix Light SF Limited | MANA 2007-A2 | 59024FAC8 | A2B | 3/30/2007 | $ 18,359,000 | 3/31/2008 | 9/8/2009 | Asset Purchase Agreement with Harrier | From Harrier dated 2/13/2012 |
| 42 | Phoenix Light SF Limited | MANA 2007-OAR2 | 59024BAC7 | A3 | 3/29/2007 | $ 25,000,000 | 3/31/2008 | 9/8/2009 | Asset Purchase Agreement with Harrier | From Harrier dated 2/13/2012 |
| 43 | Phoenix Light SF Limited | NAA 2005-AR6 | 65535VRM2 | M1 | 11/30/2005 | $ 18,305,000 | 3/31/2008 | 9/8/2009 | Asset Purchase Agreement with Harrier | From Harrier dated 2/13/2012 |
| 44 | Silver Elms CDO II Limited | NAA 2006-AR4 | 65538DAH8 | M2 | 11/30/2006 | $ 1,791,000 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 45 | Silver Elms CDO II Limited | NAA 2006-AR4 | 65538DAJ4 | M3 | 11/30/2006 | $ 2,100,000 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 46 | Silver Elms CDO II Limited | NAA 2006-AR4 | 65538DAK1 | M4 | 11/30/2006 | $ 1,950,000 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 47 | Silver Elms CDO II Limited | NAA 2006-AR4 | 65538DAL9 | M5 | 11/30/2006 | $ 2,850,000 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 48 | Phoenix Light SF Limited | NHELI 2006-FM2 | 65537FAE1 | 2A4 | 10/31/2006 | $ 5,700,000 | 3/31/2008 | 3/31/2008 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |

**EXHIBIT B**

|    | CDO Issuer | Deal Name | CUSIP | Tranche | Securitization Closing Date | Original Face Value | CDO Closing Date | Acquisition Date | Means of Acquisition | Additional Assignments |
|----|------------|-----------|-------|---------|------------------------------|---------------------|------------------|------------------|----------------------|------------------------|
| 49 | C-BASS CBO XIV Ltd. | OWNIT 2005-2 | 691215BF3 | B3 | 4/8/2005 | $ 12,936,000 | 9/22/2005 | 9/22/2005 | Asset Purchase Agreement with WestLB | |
| 50 | C-BASS CBO XIV Ltd. | OWNIT 2005-2 | 691215BG1 | B4 | 4/8/2005 | $ 8,232,000 | 9/22/2005 | 9/22/2005 | Asset Purchase Agreement with WestLB | |
| 51 | C-BASS CBO XIV Ltd. | OWNIT 2005-2 | 691215BE6 | B2 | 4/8/2005 | $ 5,000,000 | 9/22/2005 | 9/22/2005 | Asset Purchase Agreement with WestLB | |
| 52 | C-BASS CBO XIV Ltd. | OWNIT 2005-3 | 69121PAG8 | M2 | 7/14/2005 | $ 5,000,000 | 9/22/2005 | 9/22/2005 | Asset Purchase Agreement with WestLB | |
| 53 | C-BASS CBO XIV Ltd. | OWNIT 2005-3 | 69121PAH6 | M3 | 7/14/2005 | $ 2,500,000 | 9/22/2005 | 9/22/2005 | Asset Purchase Agreement with WestLB | |
| 54 | C-BASS CBO XIV Ltd. | OWNIT 2005-3 | 69121PAK9 | B1 | 7/14/2005 | $ 2,500,000 | 9/22/2005 | 9/22/2005 | Asset Purchase Agreement with WestLB | |
| 55 | C-BASS CBO XVII Ltd. | OWNIT 2005-4 | 69121PBN2 | B2B | 6/26/2006 | $ 2,596,000 | 10/17/2006 | 10/17/2006 | Asset Purchase Agreement with WestLB | |
| 56 | C-BASS CBO XVII Ltd. | OWNIT 2005-4 | 69121PBM4 | B1B | 6/26/2006 | $ 5,409,000 | 10/17/2006 | 10/17/2006 | Asset Purchase Agreement with WestLB | |
| 57 | Phoenix Light SF Limited | PHHAM 2007-1 | 69337BAC8 | 1A3 | 1/26/2007 | $ 17,426,000 | 3/31/2008 | 3/31/2008 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 58 | Silver Elms CDO PLC | SGMS 2006-FRE1 | 81879MBC2 | M6 | 5/11/2006 | $ 2,000,000 | 12/22/2006 | 12/22/2006 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |
| 59 | Silver Elms CDO II Limited | SGMS 2006-FRE1 | 81879MAW9 | A2C | 5/11/2006 | $ 1,500,000 | 4/25/2007 | 4/25/2007 | Asset Purchase Agreement with WestLB | From WestLB dated 12/20/2012 |
| 60 | Silver Elms CDO PLC | SGMS 2006-FRE1 | 81879MAZ2 | M3 | 5/11/2006 | $ 4,000,000 | 12/22/2006 | 12/22/2006 | Asset Purchase Agreement with WestLB | From WestLB dated 2/13/2012 |

**EXHIBIT B**

| | CDO Issuer | Deal Name | CUSIP | Tranche | Securitization Closing Date | Original Face Value | CDO Closing Date | Acquisition Date | Means of Acquisition | Additional Assignments |
|---|---|---|---|---|---|---|---|---|---|---|
| 61 | C-BASS CBO XVII Ltd. | STALT 2006-1F | 86800RAN1 | B3 | 5/30/2006 | $ 4,000,000 | 10/17/2006 | 10/17/2006 | Asset Purchase Agreement with WestLB | |

\* Indicates private agreement with approximate date of closing based on Moody's assignment of ratings.