UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROYAL PARK INVESTMENTS SA/NV,<br><br>    Plaintiff,<br><br>  v.<br><br>HSBC BANK USA, NA, as Trustee,<br><br>    Defendants. | Case No. 14-cv-8175-SAS<br><br>**JURY DEMAND** |
| BLACKROCK BALANCED CAPITAL PORTFOLIO (FI), *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>    Defendant,<br><br>  -and-<br><br>The Trusts Identified in Exhibit 1,<br><br>    Nominal Defendants. | Case No. 14-cv-9366-SAS<br><br>**JURY DEMAND** |
| PHOENIX LIGHT SF LIMITED, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>HSBC BANK USA, N.A.,<br><br>    Defendants. | Case No. 14-cv-10101-SAS<br><br>**JURY DEMAND** |
| NATIONAL CREDIT UNION ADMINISTRATIVE BOARD, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>    Defendants. | Case No. 15-cv-2144-SAS<br><br>**JURY DEMAND** |

## JOINT [PROPOSED] SCHEDULING ORDER

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

WHEREAS, on June 24, 2015, the Court held a status conference in the above-captioned actions at which the Court directed the parties to meet and confer and to submit a joint proposed scheduling order;

WHEREAS, counsel for the parties have met and conferred and have reached an agreement as to certain matters set forth below;

WHEREAS, after a good faith effort, counsel for the parties were unable to reach an agreement as to the nature of certain expert disclosures set forth in section (5)(a) below;

NOW, THEREFORE, the parties hereby submit the following proposed joint pre-trial scheduling order for the Court's approval:

**(1)  The date by which Plaintiffs will identify loans for loan file review, including loans to be re-underwritten:**

60 days after production of the Mortgage Loan Schedules.

**(2)  The date by which the parties will complete production of documents:**

November 20, 2015.

**(3)  Class Certification Schedule:**

**(a) The date by which Plaintiffs will move for class certification:**

Not later than March 18, 2016.

**(b) The date by which Defendant will file its opposition to the motion for class certification:**

45 days after the filing of the Class Certification Motion.

**(c) The date by which Plaintiffs will file any reply in support of the motion for class certification:**

30 days after the filing of the Class Certification Opposition Brief.

**(4) The date by which the parties will complete fact discovery:**

May 27, 2016.

**(5) Expert Discovery Schedule:** The parties agree as to the dates for expert disclosures but were unable to reach an agreement as to the nature of certain expert disclosures, as set forth in sub-section (a) below:

|     | Date | Plaintiffs' Proposal | Defendant's Proposal |
| --- | --- | --- | --- |
| **(a)** | June 20, 2016 | Date for parties to identify experts and areas of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2)(A). | Date for parties to identify experts and areas of expert testimony on issues for which a party has the burden of proof pursuant to Fed. R. Civ. P. 26(a)(2)(A). |
|     | July 8, 2016 | Parties to exchange expert reports. | Parties to exchange expert reports on issues for which a party has the burden of proof. |

**(b) Parties shall identify rebuttal experts and areas of expert testimony by:**

August 19, 2016.

**(c) Parties shall exchange rebuttal expert reports concurrently:**

September 30, 2016.

**(d) All expert depositions shall be completed by:**

November 15, 2016.

**(e) All expert discovery shall be completed by:**

November 15, 2016.

**(6)     The date by which Plaintiffs will supply their pre-trial order matters to Defendant:**

Plaintiffs shall supply their pre-trial order matters to Defendant on November 30, 2016. In the event any party makes a dispositive motion within 21 days after the completion of expert discovery, Plaintiffs shall provide Defendant with pre-trial order matters within 30 days of resolution of such dispositive motion.

**(7)     The date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial:**

The parties shall submit a pre-trial order December 30, 2016, or within 30 days of the date that Plaintiffs provide their pre-trial order matters to Defendant.

**(8)     The date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference:**

_____

**IT IS SO ORDERED.**

DATED: _____, 2015         _____
                                     SHIRA A. SCHEINDLIN
                                     UNITED STATES DISTRICT JUDGE

Respectfully submitted,

| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **WILLIAMS & CONNOLLY LLP** |
|---|---|
| */s/ Timothy A. DeLange*<br>TIMOTHY A. DeLANGE | */s/ Kevin M. Hodges*<br>KEVIN M. HODGES |
| Blair A. Nicholas (*Pro Hac Vice*)<br>Timothy A. Delange (*Pro Hac Vice*) | George A. Borden<br>Kevin M. Hodges (*Pro Hac Vice*) |

| | |
|---|---|
| Benjamin Galdston (*Pro Hac Vice*) | Andrew W. Rudge (*Pro Hac Vice*) |
| Lucas E. Gilmore (*Pro Hac Vice*) | Edward C. Reddington (*Pro Hac Vice*) |
| 12481 High Bluff Drive, Suite 300 | Vidya A. Mirmira (*Pro Hac Vice*) |
| San Diego, CA  92130 | 725 Twelfth Street, N.W. |
| Tel: (858) 793-0070 | Washington, DC 20005 |
| Fax: (858) 793-0323 | Tel: (202) 434-5000 |
|    -and- | Fax: (202) 434-5029 |
| Hannah G. Ross | |
| Jeroen Van Kwawegen | Michael O. Ware |
| Jai Chandrasekhar | **MAYER BROWN LLP** |
| 1285 Avenue of the Americas, 38th Floor | 1221 Avenue of the Americas |
| New York, NY  10019 | New York, NY 10020 |
| Tel: (212) 554-1400 | Tel: (212) 506-2500 |
| Fax: (212) 554-1444 | Fax: (212) 262-1910 |
| |    -and- |
| *Counsel for Plaintiffs Blackrock Balanced Capital Portfolio (FI), et al.* | Jennifer Marie Rosa |
| | 1999 "K" Street, N.W. |
| | Washington, DC 20006 |
| | Tel:    (212) 506-2500 |
| | Fax:    (212)262-1910 |

Counsel for Plaintiffs Blackrock Balanced
Capital Portfolio (FI), et al.

**ROBBINS GELLER RUDMAN
    & DOWD LLP**

*/s/ Christopher M. Wood*
CHRISTOPHER M. WOOD

Christopher M. Wood
414 Union Street, Suite 900
Nashville, TN 37219
Tel:    (615) 244-2203
Fax:    (615) 252-3798

Steven W. Pepich
Arthur C. Leahy
Ashley M. Robinson
Jennifer Nunez Caringal
Cody R. Lejeune
622 West Broadway, Suite 1900
San Diego, CA 92101-8498
Tel:    (619) 231-1058
Fax:    (619) 231-7423
   -and-
Samuel H. Rudman
58 South Service Road, Suite 200
Melville, NY 11747
Tel:    (631) 367-7100

*Counsel for HSBC Bank USA, N.A.*

-4-

Fax:     (631) 367-1173

*Counsel for Plaintiff Royal Park Investments SA/NV*

**WOLLMUTH MAHER
   & DEUTSCHE LLP**

*/s/ Steven S. Fitzgerald*
STEVEN S. FITZGERALD

David H. Wollmuth
Randall R. Rainer
Michael C. Ledley
Steven S. Fitzgerald
Melissa A. Finkelstein
500 Fifth Avenue
New York, NY 10110
 Tel:     (212) 382-3300
 Fax:    (212) 382-0050

**KOREIN TILLERY, LLC**

*/s/John A. Libra*
JOHN A. LIBRA

George A. Zelcs
John A. Libra
Matthew C. Davies
Max C. Gibbons
205 North Michigan Plaza, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9750
Fax: (312) 641-9760
    -and-
Stephen M. Tillery
505 North Seventh Street, Suite 3600
St. Louis, MO 63101-1625
 Tel:     (314) 241-4844
 Fax:    (314) 241-3525

*Counsel for Plaintiffs Phoenix Light SF Limited, et al.*

Danielle Ann D'Aquila
Ryan A. Kane
William A. Maher
**WOLLMUTH MAHER**
  **& DEUTSCH LLP**
500 Fifth Avenue, Suite 1200
New York, NY 10110
Tel:    (212)-382-3300
Fax:    (212)-382-0050
   -and-
David C. Frederick
Wan Joo Kim
Gregory G. Rapawy
**KELLOGG, HUBER, HANSEN,**
  **TODD, EVANS & FIGEL, PLLC**
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel:    (202) 326-7967
Fax:    (202) 326-7999

*Counsel for Plaintiffs National Credit Union Administration Board*