April 6, 2018

**VIA ECF**
Honorable Sarah Netburn
Thurgood Marshall Courthouse
United States District Court
40 Foley Square, Room 430
New York, New York 10007

*Coordinated RMBS Trustee Actions Against HSBC Bank USA, N.A.*,
Nos. 14-cv-08175, 14-cv-09366, 14-cv-10101, 15-cv-02144, 15-cv-10032, 15-cv-10096

**Subject: Plaintiffs' Proposed Scheduling Order**

Dear Judge Netburn,

We write on behalf of Plaintiffs in the above-referenced actions to submit a corrected proposed scheduling order in advance of the April 9, 2018 hearing. The enclosed scheduling order corrects a typographical error in Paragraph 3.a of Plaintiffs' proposed schedule submitted on March 16, 2018 [*Commerzbank* ECF 378], which provides for motions for summary judgment and motions to exclude an expert under Rule 702 or *Daubert* to be filed no later than eighteen (18) months after expiration of the stay.  As submitted, Plaintiffs' corrected proposed scheduling order amends the deadline for summary judgment and Rule 702 or *Daubert* motions to be filed no later than twenty-two (22) months after the stay.

Respectfully submitted,

| s/ Benjamin Galdston | s/ Christopher M. Wood | s/ Niraj J. Parekh |
|---|---|---|
| Benjamin Galdston | Christopher M. Wood | Niraj J. Parekh |
| Bernstein Litowitz Berger & Grossmann LLP | Robbins Geller Rudman & Dowd LLP | Wollmuth Maher & Deutsch LLP |
| *Counsel for Blackrock Balanced Capital Portfolio (FI), et al.* | *Counsel for Royal Park Investments SA/NV* | *Counsel for Phoenix Light SF Limited, et al. and Commerzbank AG* |

| s/ John A. Libra | s/ John G. Moon |
|---|---|
| John A. Libra | John G. Moon |
| Korein Tillery, LLC | Olshan Frome Wolosky LLP |
| *Counsel for National Credit Union Administration Board* | *Counsel for Triaxx* |

Enclosure