**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHOENIX LIGHT SF LIMITED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HSBC BANK USA, NATIONAL ASSOCIATION, <br><br> Defendant. | **Civil Action No. 14-CV-10101-SAS** |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD <br><br> Plaintiffs, <br><br> v. <br><br> HSBC BANK USA, NATIONAL ASSOCIATION, <br><br> Defendant. | **Civil Action No. 15-CV-02144-SAS** |
| COMMERZBANK AG, <br><br> Plaintiff, <br><br> v. <br><br> HSBC BANK USA, N.A., <br><br> Defendant. | **Civil Action No. 15-CV-10032-SAS** |
| TRIAXX PRIME CDO 2006-1, LTD. et al, <br><br> Plaintiff, <br><br> v. <br><br> HSBC BANK USA, N.A., <br><br> Defendant. | **Civil Action No. 15-CV-10096-SAS** |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE AMENDED SCHEDULING ORDER AND CASE MANAGEMENT PLAN**

WHEREAS, on October 22, 2018 the Court entered an Amended Scheduling Order and Civil Case Management Plan in the above-referenced actions (*Phoenix Light* ECF 343; *NCUA* ECF 362; *Commerzbank* ECF 309; *Triaxx* ECF 267) (hereinafter, the "Order") setting forth, among other things, certain interim dates and deadlines for the completion of expert discovery by April 7, 2021;

WHEREAS, the parties have met and conferred with respect to the timing and exchange for expert discovery relating to damages and have reached agreement to extend the dates for serving their respective damages expert reports by one week;

WHEREAS, for administrative efficiency the parties also have agreed that all expert reliance materials required to be provided under Federal Rule of Civil Procedure 26 may be served by the party providing the expert report no later than seven (7) days after service of the respective expert report;

WHEREAS, the revised deadlines set forth herein are intended to allow the parties' damages experts to consider and incorporate the findings of the parties' non-damages experts;

WHEREAS, nothing herein shall impact the existing schedule as to non-damages experts or as to the completion of all expert discovery under the current Order;

WHEREAS, by entering into this stipulation, the parties reserve all rights and do not waive any ground to challenge any expert (damages or non-damages) or expert report offered by the opposing party;

WHEREAS, the parties, by, between, and among their respective counsel, have stipulated and agreed to the terms set forth herein;

THEREFORE, FOR GOOD CAUSE IT IS ORDERED that:

1. The date for parties to serve expert damages reports contemplated in Section 2(b) of the Order shall be extended from September 9, 2019 to **September 16, 2019**.

2. The date for the parties to disclose a rebuttal damages expert's name contemplated in Section 2(c) of the Order shall be extended from October 9, 2019 to **October 16, 2019**.

3. The date for parties to serve expert rebuttal damages reports contemplated in Section 2(d) of the Order shall be extended from September 7, 2020 to **September 14, 2020**.

4. The date for parties to serve expert reply damages reports contemplated in Section 2(e) of the Order shall be extended from October 7, 2020 to **October 14, 2020**.

5. The date for service of expert reliance materials required to be provided pursuant to Federal Rule of Civil Procedure 26 is extended to September 16, 2019, for reports submitted on September 9, 2019; September 23, 2019, for reports submitted on September 16, 2019; October 16, 2019, for reports submitted on October 9, 2019; September 14, 2020, for reports submitted on September 7, 2020; September 21, 2020, for reports submitted on September 14, 2020; October 14, 2020, for reports submitted on October 7, 2020; and October 21, 2020, for reports submitted on October 14, 2020.

6. All other existing dates and deadlines in the Order, including deadlines for non-damages expert reports and disclosures contemplated in Sections 2(b), 2(c), 2(d), 2(e), and 2(f) and for the completion of all expert discovery by April 7, 2021 shall remain in effect.

Dated: September __, 2019

By: */s/ Steven S. Fitzgerald*
David H. Wollmuth
Steven S. Fitzgerald
Ryan A. Kane
Niraj J. Parekh
Sean P. McGonigle
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY 10010
Tel: (212) 382-3300
Fax: (212) 382-0050
dwollmuth@wmd-law.com
sfitzgerald@wmd-law.com
rkane@wnd-law.com
nparekh@wmd-law.com
smcgonigle@wmd-law.com

*Attorneys for Phoenix Light, SF Ltd., et al., and Commerzbank AG*

By: */s/ John A. Libra*
George A. Zelcs
John A. Libra
Max C. Gibbons
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, Illinois 60601
Tel: (312) 641-9760
Fax: (312) 641-9751
gzelcs@koreintillery.com
jlibra@koreintillery.com
mgibbons@koreintillery.com

David C. Frederick
Scott K. Attaway
Matthew M. Duffy
Frederick G. Hall
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK P.L.L.C.
Sumner Square
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Phone: (202) 326-7900
Fax: (202) 326-7999
dfrederick@kellogghansen.com
sattaway@kellogghansen.com
mduffy@kellogghansen.com
fhall@kellogghansen.com

*Attorneys for the National Credit Union Administration Board, as Liquidating Agent, and Graeme W. Bush, as Separate Trustee*

By: */s/ John G. Moon*
John G. Moon
Kerrin T. Klein
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, NY 10019
Telephone: (212) 451-2300
Facsimile: (212) 451-2222
jmoon@olshanlaw.com
kklein@olshanlaw.com
*Attorneys for Triaxx Prime CDO 2006-1, Ltd. et al*

By: */s/ Edward C. Reddington*
George A. Borden
Kevin M. Hodges (*pro hac vice*)
Andrew W. Rudge (*pro hac vice*)
Edward C. Reddington (*pro hac vice*)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
gborden@wc.com
khodges@wc.com
arudge@wc.com
ereddington@wc.com

*Attorneys for HSBC Bank USA, N.A.*