```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
PHOENIX LIGHT SF LIMITED, et al.,                            :
                                    Plaintiffs,              :
                                                             :
              -against-                                      :   14 Civ. 10101 (LGS) (SN)
                                                             :
HSBC BANK USA, NATIONAL                                      :
ASSOCIATION,                                                 :
                                    Defendant.               :
                                                             :
-------------------------------------------------------------X
NATIONAL CREDIT UNION                                        :
ADMINISTRATION BOARD, et al.,                                :
                                    Plaintiffs,              :
                                                             :
              -against-                                      :   15 Civ. 2144 (LGS) (SN)
                                                             :
HSBC BANK USA, NATIONAL                                      :
ASSOCIATION,                                                 :
                                    Defendant.               :
                                                             :
-------------------------------------------------------------X
```

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference is scheduled for April 29, 2021, at 10:40 a.m. 14 Civ. 10101, Dkt. No. 375; 15 Civ. 2144, Dkt. No. 424. It is hereby

**ORDERED** that the pre-motion conference is **ADJOURNED to April 29, 2021, at 10:50 a.m.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: April 26, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE