```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
PHOENIX LIGHT SF LIMITED, et al.,                            :
                                      Plaintiffs,            :
                                                             :
              -against-                                      :    14 Civ. 10101 (LGS) (SN)
                                                             :
HSBC BANK USA, NATIONAL                                      :
ASSOCIATION,                                                 :
                                      Defendant.             :
                                                             :
-------------------------------------------------------------X
NATIONAL CREDIT UNION                                        :
ADMINISTRATION BOARD, et al.,                                :
                                      Plaintiffs,            :
                                                             :
              -against-                                      :    15 Civ. 2144 (LGS) (SN)
                                                             :
HSBC BANK USA, NATIONAL                                      :
ASSOCIATION,                                                 :
                                      Defendant.             :
                                                             :
-------------------------------------------------------------X
```

## ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a pre-motion conference is scheduled for April 29, 2021, at 10:50 a.m. 14 Civ. 10101, Dkt. No. 376; 15 Civ. 2144, Dkt. No. 425. It is hereby

**ORDERED** that the pre-motion conference is **ADJOURNED to May 13, 2021, at 10:40 a.m.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time. It is further

ORDERED that by May 5, 2021, pursuant to this Individual Rule III.A.1, the parties shall file a pre-motion letter for each anticipated motion for summary judgment or motion to exclude an expert. For each pre-motion letter regarding a motion to exclude an expert, the letter shall

state whether it is necessary to resolve the subject motion in connection with the parties' anticipated cross-motions for summary judgment. During the pre-motion conference the Court will revise the schedule for briefing any anticipated motions for summary judgment and motions to exclude experts, as well as the related page limits, based on the Court's Individual practices.

Dated: April 28, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE