UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHOENIX LIGHT SF LIMITED, et al.,

                            Plaintiffs,
      -against-

HBSC BANK USA, NATIONAL
ASSOCIATION,

                            Defendant.
-----------------------------------------------------------X

14 CIVIL 10101 (LGS)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 28, 2022, Defendant's motion for summary judgment is GRANTED, and Plaintiffs' motion for summary judgment is denied; accordingly, the case is closed.

**Dated:**  New York, New York

       April 28, 2022

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                                 **BY:**
                                                      **Deputy Clerk**